# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Atlanta - Civil Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG - 3 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Anthony Gerald Gabry

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State Farm Federal Credit Union

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Anthony Gerald Gabry |
   | Street Address | 1828 Gold Finch Way |
   | City and County | Lawrenceville, Gwinnett County |
   | State and Zip Code | Georgia, 30043 |
   | Telephone Number | (253) 448-9496 |
   | E-mail Address | tony.gabry@icloud.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | State Farm Federal Credit Union |
| Job or Title *(if known)* | |
| Street Address | One State Farm Plaza |
| City and County | Bloomington, McLean County |
| State and Zip Code | Illinois, 61710 |
| Telephone Number | (309) 766-6001 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* Anthony Gerald Gabry, is a citizen of the State of *(name)* Georgia.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* State Farm Federal Credit Union, is incorporated under the laws of the State of *(name)* Illinois, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendants breach of contract and failure to comply to the FCRA has caused past financial losses in connection with real estate investments, mortgage interest rates, and additional financial transactions for the past 14 months and the foreseeable 7 years. The damages in relation to the plaintiff's inability to refinance mortgage rates as a result of defendant's actions is calculable in excess of $75,000 itself.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Anthony Gerald Gabry, and the defendant, *(name)* State Farm Federal Credit Union, made an agreement or contract on *(date)* 10/01/2015. The agreement or contract was *(oral or written)* Written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

The plaintiff and defendant entered a contractual agreement on two loan accounts in reference to member #3115040. The defendant has breached an amendment to the contract that they formally issued in writing and was met by the plaintiff. The defendant then failed to comply to the terms they set out. In addition, the defendant does not willingly seek to comply with the FCRA and in turn subjects their members to false credit reporting.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The defendant failed to correct derogatory credit reporting in relation to an amendment to the contract to continue servicing in exchange for a sum of money from the plaintiff. When the plaintiff made this payment as agreed upon, the defendant did not comply to their terms to service the loan accounts as they were not late. In addition, the defendant has a history of reporting late to the CRA's prior to being late as set forth by the FCRA.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The defendants actions, breach of contract, and refusal to acknowledge laws and regulations set forth by the FCRA and CRA's has caused past financial losses to the plaintiff in excess for $100,000. The plaintiff can prove calculable losses of $100,000 in relation to plaintiff's inability to refinance a 30 year mortgage as a result of the defendants breach of contract and failure to comply to the FCRA. Furthermore, the defendants failure to correct this derogatory and invalid reporting after numerous attempts by the plaintiff in a non-litigious sense could subject the plaintiff to further financial losses for up to 7 years from the date the derogatory reporting was submitted. The plaintiff feels that actions of the defendant constitute bullying, misrepresentation, and fraud, which in turn should also bring forth punitive damages against the defendant by the court.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/01/2018

Signature of Plaintiff

Printed Name of Plaintiff     Anthony Gerald Gabry

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address